Nancy Curry
Chapter 13 Trustee
1000 Wilshire Blvd., Suite 870
Los Angeles, CA 90017
(213) 689-3014

UNITED STATES BANKRUPTCY COURT<br>
CENTRAL DISTRICT OF CALIFORNIA<br>
LOS ANGELES DIVISION

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| | ) |
| CHAN, MILLIE | ) CASE NO.2:24-bk-10479-WB |
| | ) |
| | ) **AMENDED** |
| | ) **NOTICE OF §341(a) MEETING** |
| | ) **OF CREDITORS** |
| | ) |
| | ) **Date:4/25/2024** |
| | ) **Time:9:00 AM** |
| | ) **Place: WILL BE CONDUCTED** |
| Debtor | ) **REMOTELY** |
| | ) |

   In light of the current situations related to COVID-19 and in order to adhere to the social distancing guidelines, all §341(a) meetings of creditors commencing April 13, 2020 will be conducted remotely until further notice.

   PLEASE TAKE NOTICE that the scheduled §341(a) meeting of creditors in the above-referenced matter will be conducted remotely at the same date and time as set forth above using the online video system Zoom in lieu of in-person at the location provided in the original Notice. Please refer to the instructions on the next page on how to access the meeting via Zoom.

Date: April 12, 2024                                            /s/ Nancy Curry

AMENDED NTC OF 341(A) MEETING

**INSTRUCTIONS ON HOW TO ACCESS ZOOM**

If you have a headset with a microphone, such as the headphones you speak on your mobile phone with, please read the instructions below for "Accessing Zoom Online (with a Microphone)." If you *do not* have a headset with a microphone, please read "Accessing Zoom Online (without a Microphone)" below.

If you do not have a computer with Internet access, please read "Accessing Zoom via Telephone."

**Accessing Zoom Online (with a Microphone):**

1. Click on the following link:
**https://us06web.zoom.us/j/83654176825?pwd=bb7aHJnIgK5l3ChCe4PF9FFyjC87t8.1**
2. Install Zoom when prompted. If you are not prompted to install Zoom, click "Download and Install" as shown on the screen. Install the application.
3. After Zoom is installed, enter your name as listed on your driver's license/state-issued ID. Click "Join Meeting.
4. If prompted, enter the following password: **359338**
5. Click "Join with Computer Audio." You are now in the meeting.

**Accessing Zoom Online (without a Microphone):**

1. Click on the following link:
**https://us06web.zoom.us/j/83654176825?pwd=bb7aHJnIgK5l3ChCe4PF9FFyjC87t8.1**
2. Install Zoom when prompted. If you are not prompted to install Zoom, click "Download and Install" as shown on the screen. Install the application.
3. After Zoom is installed, enter your name as listed on your driver's license/state-issued ID. Click "Join Meeting."
4. If prompted, enter the following password: **359338**
5. Click "Phone Call" in the box that appears. Click "Done."
6. On your phone, dial **(888) 788-0099**.
7. When prompted, enter the Meeting ID: **836 5417 6825**. Hit "# (pound)" twice when prompted. You are now in the meeting.

**Accessing Zoom via Telephone:**

1. Call toll-free **(888) 788-0099**.
2. When prompted, enter the following Meeting ID: **836 5417 6825**.
3. Hit "# (pound)". When prompted, enter the password: **359338**

# PROOF OF SERVICE DOCUMENT

In Re:    **CHAN, MILLIE**

**Case No. LA 2:24-bk-10479-WB**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
>    NANCY CURRY, CHAPTER 13 TRUSTEE
>    1000 WILSHIRE BLVD., SUITE 870
>    LOS ANGELES, CA  90017

The foregoing document described as **AMENDED NOTICE OF 341(a) MEETING OF CREDITORS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rules(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On April 12, 2024
I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On April 12, 2024, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Debtor | Attorney for Debtor |
|---|---|
| CHAN, MILLIE | IN PRO PER |
| 247 EL CIELO LN | |
| BRADBURY, CA 91008 | , - |

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):  Pursuant to F.R. Civ.P.5 and/or controlling LBR, on April 12, 2024, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 12, 2024 | Elizet Cash-Shelton | /s/ Elizet Cash-Shelton |
|---|---|---|
| Date | Type Name | Signature |

```
Label Matrix for local noticing      Capital One Auto Finance, a division of Capi    Wilmington Savings Fund Society
0973-2                                4515 N Santa Fe Ave. Dept. APS                  Robertson, Anschutz, Schneid, Crane
Case 2:24-bk-10479-WB                 Oklahoma City, OK 73118-7901                    13010 Morris Rd., Suite 450
Central District of California                                                        Alpharetta, GA 30004-2001
Los Angeles
Fri Apr 12 14:11:05 PDT 2024

Los Angeles Division                  American Express National Bank                  Discover Bank
255 East Temple Street,               c/o Becket and Lee LLP                          Discover Products Inc
Los Angeles, CA 90012-3332            PO Box 3001                                     PO Box 3025
                                      Malvern  PA 19355-0701                          New Albany, OH  43054-3025


FCI Lender Services, Inc              United States Trustee (LA)                      Wilmington Savings Fund Society, FSB
8180 E Kasiser Blvd                   915 Wilshire Blvd, Suite 1850                   FSB (as Owner Trustee of the Residential
Anaheim Hills, CA 92808-2277          Los Angeles, CA 90017-3560                      500 Delaware Ave 11th Fl
                                                                                      Wilmington, DE 19801-1490


Millie Chan                           Nancy K Curry (TR)                              End of Label Matrix
247 El Cielo Ln                       1000 Wilshire Blvd., Suite 870                  Mailable recipients    10
Bradbury, CA 91008-1112               Los Angeles, CA 90017-2466                      Bypassed recipients     0
                                                                                      Total                  10
```